**Robert J. Beles SBN 41993**
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
beleslaw@yahoo.com
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *petitioner*
Arlonzo Jackson Banks

United States District Court
Eastern District of California

| | |
|---|---|
| ARLONZO JACKSON BANKS,<br><br>   *Petitioner*,<br><br>vs.<br><br>JEFF LYNCH, Warden,<br><br>   *Respondent*, | No. 20-cv-00827-TLN-KJN<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATION |

**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATION**

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request (ECF No. 20) for a 32-day extension of time to file his objections to the November 4, 2020 findings and recommendation is granted.

2. The deadline is extended from December 18, 2020 to, and including, Tuesday, January 19, 2021.

Dated:  December 21, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bank0827.eot2